```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

SOCIAL LANGUAGE PROCESSING, INC.,

                    Plaintiff,

     -v-                                          5:13-CV-401
                                                  (DNH/DEP)

MYLE OTT, JEFFERY T. HANCOCK, and
CLAIRE CARDIE,

                    Defendant.

---------------------------------

APPEARANCES:                                      OF COUNSEL:

Social Language Processing, Inc.
Plaintiff, pro se
c/o Jordan Gerber
The Law Office of Jordan Gerber, P.A.
6501 Congress Avenue, Suite 100
Boca Raton, FL 33487

Ward Greenberg Heller & Reidy LLP                 Jeffrey J. Harradine, Esq.
Attorneys for Defendants                          Thomas S. D'Antonio, Esq.
1800 Bausch & Lomb Place
Rochester, NY 14604-2713

DAVID N. HURD
United States District Judge
```

## DECISION and ORDER

Pro se plaintiff Social Language Processing, Inc. commenced this action on April 10, 2013, against defendants Myle Ott, Jeffery T. Hancock and Claire Cardie, alleging breach of defendants' fiduciary duty. Social Language, a corporation, is not represented by counsel as is required by the well-established law of this District. For that reason, on March 1, 2016, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-

Recommendation that plaintiff's complaint be dismissed.

Thus, based upon a de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

Plaintiff's complaint is **DISMISSED** (ECF No. 1), and

The Clerk serve a copy of this Order on plaintiff.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 23, 2016
       Utica, New York